■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT A. LAWRENCE, Appellant. (Appeal No. 2.) [614 NYS2d 351] —Order unanimously affirmed. Same Memorandum as in *People v Lawrence* (204 AD2d 969 [decided herewith]). (Appeal from Order of Oneida County Court, Buckley, J.—Vacate Judgment.) Present—Pine, J. P., Balio, Lawton, Davis and Boehm, JJ.